No. 6727.—Garzot de Fernández, et al., apldas., v. Garzot & Fuertes, et al., apldos., y National City Bank of New York, aplte. —C. D. Humacao. Julio 9, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede sobre desestimación de la presente apelación, examinada la estipulación radicada el día 18 de junio próximo pasado, se aprueba ésta y por los motivos expresados en la resolución dictada en el caso No. 6650 en julio 7, no ha lugar a la desestimación solicitada.

No. 6781.—In re testamentaría de doña Carmen Nadal Freyre Viuda de Del Moral. Micaela del Moral de Domínguez, aplte.— C. D. Ponce. Noviembre 5, 1934.

Llamado este caso para la vista de la moción de desestimación de los herederos peticionarios, presentes los abogados de dichos herederos y de la opositora Micaela del Moral, el de los peticionarios informó sobre la moción de suspensión que había radicado en el día de hoy. El de la opositora impugnó dicha moción y entonces el de los herederos peticionarios desistió no sólo de su moción de suspensión si que de su moción de desestimación, teniéndolo la corte por desistido.

No. 6834.—Sellés, Casas & Co., Sucs., S. en C., Tercerista, apelada, v. Santini Fertilizer Co., et al., apldos., Roldán, et al., Fiadores apltes.—C. D. San Juan. Diciembre 18, 1934.

A la moción de la parte apelada sobre nueva vista de su moción de desestimación, habiéndose radicado después de resuelta la dicha moción de desestimación, no ha lugar.